**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**REMANDO DORN**                                                              **PLAINTIFF**
**Reg #14300-010**

**V.**                            **CASE NO. 4:20-CV-1492-KGB-BD**

**DOE**                                                                          **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.    Procedures for Filing Objections**

This Recommendation for dismissal has been sent to Judge Kristine G. Baker. Any party may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.

**II.    Discussion**

Mr. Dorn filed this lawsuit on December 22, 2020. (Doc. No. 1) He was ordered to submit a completed *in forma pauperis* (IFP) application or pay the filing fee within 30 days of December 29, 2020. (Doc. No. 2) To date, he has failed to comply with the Court's December 29 Order, and the time for complying has passed. The Court warned Mr. Dorn that his claims could be dismissed if he failed to comply with the Order.

**III.**    <u>**Conclusion**</u>

The Court recommends that Mr. Dorn's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's December 29, 2020 Order requiring him to address the filing fee requirement.

DATED, this 5th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE