IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REMANDO DORN,**  **PLAINTIFF**
Reg #14300-010

v. Case No. 4:20-cv-01492-KGB

**DOE** **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 3). Plaintiff Remando Dorn has not filed any objections, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Dorn's complaint for failure to pay the filing fee or file a motion to proceed *in forma pauperis* within 30 days as directed by the Court (Dkt. No. 1).

It is so ordered this 7th day of February, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge